IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAIGE HOPKINS and <br> CHRISTOPHER HOPKINS, Special Co-Administrators of the Estate of <br> DONALD C. HOPKINS, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS C. GARGRAVE and <br> ASHBURY LOGISTICS LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 16-CV-1125-SMY-DGW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER APPROVING SETTLEMENT OF WRONGFUL DEATH CAUSE OF ACTION AND DISTRIBUTION OF SETTLEMENT PROCEEDS

**YANDLE, District Judge:**

Pending before the Court is Plaintiffs' unopposed motion to approve the settlement of an Illinois Wrongful Death Act claim, filed pursuant to 740 ILCS 180/1 *et. seq*. (Doc. 24). Plaintiffs move for the entry of an Order approving settlement in the amount of $880,000.00. The Court being fully advised in the premises hereby GRANTS Plaintiffs' motion and finds as follows:

1. The proposed settlement is fair and reasonable.

2. Plaintiff's attorneys, Corboy & Demetrio, P.C., are entitled to fees in the amount of $293,333.33 (1/3 contingency fee).

3. Further, Plaintiff's attorneys, Corboy & Demetrio, P.C., are entitled to reimbursement for expenses attributable to this lawsuit in the amount of $7,409.53, as itemized below:

Court Fees…………………………………………………..   700.50

| | |
|---|---|
| Expert Fees……………………………………………………… | 1,927.98 |
| Records Acquisitions………………………………………… | 221.00 |
| Deposition Expenses…………………………………………. | 2,346.95 |
| Investigation Expenses……………………………………….. | 130.40 |
| Transportation/Travel Expenses……………………………..... | 1,754.39 |
| FedEx, Xerox, Postage and Facsimile………………………... | 328.31 |
| Total Expenses.………………………………………………. | $ 7,409.53 |

4. There are no liens upon any of these settlement proceeds.

5. The Next of Kin of the decedent and their percentages of dependency are as follows:

| NAME | RELATIONSHIP | % | AMOUNT |
|---|---|---|---|
| Paige Hopkins | daughter | 50 % | $ 289,628.57 |
| Christopher Hopkins | son | 50 % | $ 289,628.57 |

6. The net settlement proceeds distributable to the afore-mentioned statutory beneficiaries of Donald Christopher Hopkins, deceased, is $579,257.14, which shall be distributed in accordance with the above percentages of dependency.

**IT IS THEREFORE ORDERED** that the proposed settlement is **APPROVED** and Paige Hopkins and Christopher Hopkins, Co-Special Administrators of the Estate of Donald Christopher Hopkins, deceased, are authorized and directed to execute releases upon receipt of the sum offered to distribute the proceeds in accordance with the provisions of this Order.

**IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice** and without costs. The Clerk of Court is DIRECTED to enter judgment accordingly and to close this case.

**IT IS SO ORDERED.**

**DATED: December 6, 2017**

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**