# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAIGE HOPKINS and <br> CHRISTOPHER HOPKINS, Special Co- <br> Administrators of the Estate of <br> DONALD C. HOPKINS, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS C. GARGRAVE and <br> ASHBURY LOGISTICS LLC, <br><br> Defendants. | Case No. 16-CV-1125-SMY-DGW |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiffs' claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  October 31, 2018**

**MARGARET M. ROBERTIE, Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**    **s/ Staci M. Yandle**
              **STACI M. YANDLE**
              **UNITED STATES DISTRICT JUDGE**